**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

James Heard

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**vs.**

Tom J Dart

Cook County DOC

D. Patel

Sergeant ~~william~~ Velez

County of Cook

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

# RECEIVED

AUG 1 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Ca
(T

1:16-cv-8114
Judge John Z. Lee
Magistrate Judge M. David Weisman
PC5

**CHECK ONE ONLY:**

____ ✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
28 SECTION 1331 U.S. Code (federal defendants)

____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _15 C 7825_

B. Approximate date of filing lawsuit: _2015_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _James Heard_

D. List all defendants: _etau · City of Chicago and its officers_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _federal court_

F. Name of judge to whom case was assigned: _Cannot recall_

G. Basic claim made: _4th Amendment violation_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _was dimissed_

I. Approximate date of disposition: _2016_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

Counts of claims

1 · A violation of the cruel and unusual punishment clause 8th/Eighth Amendment violation claim against cook county et. al.

2 · A state respondeat superior claim against Sheriff Tom J Dart, County of Cook, Division's 10 Director, Division's 10 superintendent and Cook County DOC.

3 · A failure to protect claim against Cook county et al

4 · A punitive segregation and a deliberate indifferent claim against Cook County et al

5 · A failure to properly train and a failure to provide adequate protection claim against cook county et al

6 · A violation of the equal protection clause of the 14th/Fourteenth Amendment for Velez and et al denial of transferring me into protective custody and failure to protect me from deliberate or

reckless~~ly~~ exposure of violence at the hands of other inmates. And For Cook County DOC ~~illegible~~ and et al Failure to utilize proper feeding procedures, when feeding detainees while they're in their cells, such as, utilizing the chuckhole when feeding inmates.

7. A Claim For my ~~illegible~~ physical, ~~illegible~~ mental, and emotional injuries, against Cook County DOC et. al.

This court has original jurisdiction over my My 1983 civil action and 1983 claims, and supplemental jurisdiction over my related state claims

# Parties

1. James Heard is a plaintiff. He was a pretrial detainee being held at the cook county Department of corrections when this incident occurred.

2. D. Patel is a defendant. He is a correctional officer / cook county sheriff employed at the Cook county Department of corrections. He is sued in his individual capacity.

3. County of Cook / cook county of Chicago Sued in its official capacity for the violations of its officials at the cook County Department of corrections. County of cook is a defendant.

4. Tom Dart is a defendant. He is the head sheriff of cook county. He is employed at the cook county Jail sued in his individual capacity and official capacity.

5. Sergeant ~~Vertez~~ velez is a defendant. He is a correctional officer, employed at the cook county DOC. He is sued in his individual ~~entire~~ capacity.

6. Cook county DOC is a defendant. Sued in its official capacity for the violations of its prison officials.

' Auth (Verified) '



# CERMAK HEALTH SERVICES OF COOK COUNTY

| Last Name: | Name: | DOB: | Sex: M / F | CCDOC# |
|---|---|---|---|---|

### CONSENT FOR HEALTH SCREENING AND TREATMENT

I consent to a medical and mental health history and physical, including screening for tuberculosis and sexually transmitted diseases, by Cermak Health Services (CHS) staff as part of the routine intake process of the Cook County Department of Corrections (aka Cook County Jail). I also consent to or going medical treatment by CHS staff for health issues identified during this process. I understand I may be asked to sign forms allowing other medical treatments.

I am aware that one or more physicians, residents, nurses, physician assistants, psychologists, and other healthcare providers may attend to my medical and mental health needs as necessary. I am further aware and consent that, among those who care for me, are physicians, nurses and other healthcare providers in training who care for patients at Cermak Health Services as part of their education.

I acknowledge that no guarantees have been made to me as to the result of any diagnosis, treatment, test, surgery, or examination performed by Cermak Health Services.

I understand that every effort will be made by CHS staff to keep my medical problems confidential and that only information necessary for the safety and management of the Jail will be shared with correctional staff.

I understand the CHS policy regarding access to health care at Cook County Jail.

I certify that the information given by me as part of the medical and mental health history and assessment is, to the best of my knowledge, complete and accurate.

I understand I have received information about screening tests for HIV, Syphilis, Chlamydia and Gonorrhea and I understand that I will be tested unless I refuse.

|  | Date: / / | Time: _____ AM/PM |
|---|---|---|
| _Signature of Detainee_ | | |
|  | Date: / / | Time: _____ AM/PM |
| _Witness Signature_ | | |

I, _____, refuse the following opt-out screening tests:  ☐ HIV  ☐ Syphilis  ☐ Chlamydia/Gonorrhea
   _Print detainee name_

### ZGODA NA BADANIA I LECZENIE

Niniejszym zezwalam służbom medycznym Ośrodka Zdrowia Cermak (CHS) na przeprowadzenie wywiadu dotyczącego mego stanu zdrowia (zarówno fizycznego, jak i psychicznego) oraz badanie lekarskie, włączając w to badanie w kierunku gruźlicy i chorób przenoszonych drogą płciową, które są rutynowym postępowaniem w procesie przyjmowania więźniów do Oddziału Kamego powiatu Cook (zwanego także więzieniem powiatu Cook). Zezwalam także służbom medycznym Cermak na leczenie moich problemów zdrowotnych rozpoznanych podczas tego procesu. Rozumiem, że w związku z tym będę poproszony/-a o podpisanie dokumentów zezwalających na leczenie.

Rozumiem, że jeden lub więcej lekarzy, pielęgniarek, asystentów lekarzy, psychologów a także innych pracowników służby zdrowia może, w razie potrzeby, zająć mową się moimi problemami zdrowia fizycznego jak i psychicznego. Co więcej, zgadzam się i świadomy/-a jestem tego, że wśród osób zajmujących się mną znajdować się będą lekarze, pielęgniarki oraz inni przedstawiciele opieki zdrowotnej będący na szkoleniu i zajmujący się pacjentami u Ośrodka Zdrowia Cermak (Cermak Health Services) w ramach nauki swojego zawodu.

Przyjmuję do wiadomości, że nie udzielono mi żadnych gwarancji rezultatów wynikających z postawionej diagnozy, leczenia, testów, operacji czy badań wykonanych przez Ośrodek Zdrowia Cermak (Cermak Health Services).

Rozumiem, że pracownicy Ośrodka Zdrowia Cermak (CHS) uczynią wszystko, aby utrzymać wiadomości dotyczące moich problemów zdrowotnych w tajemnicy, i że jedynie informacje potrzebne do zapewnienia bezpieczeństwa oraz prawidłowego kierowania więzieniem będą ujawnione funkcjonariuszom służby więziennej.

Jestem zaznajomiony/-a z zasadami CHS dotyczącymi dostępu do opieki medycznej w więzieniu powiatu Cook.

Zaświadczam, że informacje udzielone przeze mnie w trakcie wywiadu medycznego i psychiatrycznego są, według posiadanych przeze mnie informacji, kompletne i prawdziwe.

Wiem, że przedstawione mi zostały informacje dotyczące badań przesiewowych w kierunku HIV, kiły, chlamydii i rzeżączki i rozumiem, że zostanę poddany tym badaniom chyba, że odmówię ich wykonania.

|  | Data: / / | Godzina: _____ AM/PM |
|---|---|---|
| _Podpis osadzonego_ | | |
|  | Data: / / | Godzina: _____ AM/PM |
| _Podpis świadka_ | | |

Ja, _____, odmawiam poddaniu się badaniom w kierunku:  ☐ HIV  ☐ Kiły  ☐ Chlamydii/Rzeżączki
   _Podpis osadzonego_

Page 7

I, James Heard who was an detainee at the Cook county DOC during these incidents States and Claims, that while I was being detained in Divison 10 on tier 4-D (which was a Maximum security Divison and tier). on June 21, 2016 at or about 6pm-630pm (which was the end of my dayroom ~~time~~ and just before the start of the next dayroom ~~time~~). I reported to my tier officer D. Patel, that I was refusing to lock up in my cell, because I feared for my safety and security on the tier. The Sergeant was called and about 15-20 minutes later, Sergeant Velez arrived with (2) two other Whiteshirts (which are consider sergeants, lietenants, and Commanders). I cannot recall there status or names, but they were present through my conversation with Patel and velez. Once they arrived, velez questioned me about my refusal and I reply to him, that I was having problems on the tier, and I didnt feel safe. Im guessing they thought I was goofing around, because of my pattern of refusal ~~around for issues~~ for this same reason.

Page 2

Velez did ask me, did I want to request protective custody, I stated yes. Velez told me to walk to my cell and pack my property, I complied, all the officers followed behind me, they opened my door, and once I was inside the cell with my back turned to the cell door, they slammed it ~~and~~ locked it and walked off. I didn't ~~and~~ go to p.c. And I personly ~~warned~~ warned all the c/o present, that this unknown inmate had just plotted to invade my cell and attack me when dinner trey's come.

I, James Heard states and claims later that even/night of June 21, 2016 at or about 8pm-8:30pm officer Patel who was working the tier, I was being housed on, came to open my cell door to serve me my dinner trey. As he was outside my door and before he opened my door, I warned him that the inmate with the orange hat was gone try to attack me, so just Please

E.2

Serve me my dinner trey through the
chuckhole on the door. ~~xxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxx~~ c/o D. Patel
Walked off and when he came back and
opened my door, there was no trey in
his hand and no back up. Behind c/o
Patel came rushing another inmate, rushing
me with punches to my face. This inmate
rushed me to the wall punching me, then he
powered slammed me on my head and face.
As I was on the ground this inmate
continually punched and kicked me while
I was defenseless. Once I was able to
break free from my attacker, I ran out into
the dayroom. As I ran out my cell into the
dayroom trying to get away from my attacker,
he chased behind throwing more punches
at me, so I ran around the tables, so that
I can protect myself from him. After a brief seconds
later, back up showed up and took me off the
tier. C/o Patel know that the inmate who

5

Revised 9/2007

Page 4

P.3

rushed into my cell wasn't my cellmate because he personally came and let my cellmate out the cell to obtain extra dayroom time. Which isn't suppose to happen.

I, James Heard state and claim that On June 22th 2016 I was sent to the cook county emergency room for my injuries. I suffered physical pain from my injuries of a swollen left ear, eye, and head. There I was treated and later released. since my injuries, I have continually been suffering from painful headaches and back pains at night when I sleep.

I, James Heard state and claim that Divison 10 tier 4-D has chuckholes on the doors where inmates could be feed through. And C/O'S Such as, C/o Patel was not provide with adequate training ~~training~~, discipline, or supervision in regarding ~~a~~ ~~to~~ useing that procedure to prevent incidents like mines and ensure my safety and security. C/o D Patel is a cook county official ~~officer~~ employed at the cook county Department of Correction. And Tom J Dart is the sheriff of cook county, both are responsible for the constitutional violations by there officers. And the cook county ~~county~~ had ensured me that my safety, protection, and security will secured while being detained at the cook county Jail by there officers. And cook county Jail Failed to provide me adequate protection to secure my safety and security. Therefore cook county is responsible for the cause of my injuries.

Revised 9/2007

(No.4)

I, James Heard state and claim
On July 7, 2016 I was placed in segregation
for 10 dys as a punishment for the incident
that occurred on June 21, 2016 on divison 10
tier 4-D while being detained at the cook county
DOC. Out of the 10 dys seg I was sentence to
Serve, I ended up serving only 8 ~~outwordthoughts~~
because on July 15, 2016, I was transfered to the
Illinois Department of correction. On July 7, 2016
I appealed my disciplinary ticket alleging officer
D. Patel had admitted on the ticket, that he opened
my cell door and another inmate came ~~rushed~~ rushing into
my cell, invading my living quarters and attacked
me. Do to me leaving cook county DOC, I was unable
to follow up on my disciplinary appeal.

Arrest Name: **HEARD, JAMES A**  
Date of Birth: **18-APR-1990**  
DCN or CB: **017779119**  
Officer: **SMITH**

Arrest Date: **23-JAN-2010**  Holding Facility: **CPD - DISTRICT 007**  
Arrest Address: **7000 S STATE ST CHICAGO, IL 60637**  
Residence: **6930 S JUSTINE ST CHICAGO, IL 60636**  
Officer Badge#: **16812**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/16-1-A-1-A | **Theft - Control Intent/<$300** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| **720-5/16-1-A-1-A** | **THEFT - CONTROL INTENT/<$** | | M | 10119489701 |

Disposition: **BAIL BOND FORFEITURE**     Disposition Date: **26-FEB-2010**  
Sentence:     Sentence Date:

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **26-FEB-2010**  
Sentence:     Sentence Date:

---

**ARREST**

Arrest Name: **HEARD , JAMES A**  
Date of Birth: **18-APR-1990**  
DCN or CB: **017750680**  
Officer: **WROBEL**

Arrest Date: **16-DEC-2009**  Holding Facility: **CPD - DISTRICT 022**  
Arrest Address: **2431 W 111TH ST CHICAGO, IL 60655**  
Residence: **7717 S HERMITAGE AVE CHICAGO, IL 60620**  
Officer Badge#: **11688**  Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | C | M | 720 ILCS 5.0/12-1-A | **Assault - Simple** | **OFFENSE AS CITED** |
| [1] | A | M | 720 ILCS 5.0/16-3-A | **Theft - Labor/Services/Property** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| **720-5/12-1-A** | **ASSAULT - SIMPLE** | | M | 09125672001 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **28-DEC-2009**  
Sentence:     Sentence Date:

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| **720-5/16-3-A** | **THEFT - LABOR/SERVICES/P** | | M | 09125672001 |

Disposition: **STRICKEN FROM DOCKET WITH LEAVE TO REINSTATE**     Disposition Date: **28-DEC-2009**

I, James Heard state and claim that divison 10 is a Maximum security divison. And divison 10 tier 4-D is a maximum security tier, which housed the highest risk inmates during the time and and date of this incident. Divison 10 has was are called, "Chuckholes" on every celldoor in its divison. These chuckholes were designed particularly for the purpose of the tier officers in the higher risk housing units to utilize when feeding detainees who are locked away in there cells. And also for the safety and security of the officers who are working the tier and for the safety and security of the detainees who are on the opposite dayroom. Officer D. Patel disregarded that chuckhole when he attempted to feed me. And because he disregarded utilizing that chuckhole he deliberately and recklessly exposed me to violence at the hands of another inmate while being detained in the custody of CCDOC. And those action resulted in a deprivatation of my Eighth Amendment rights of US constitution which prohibits and protect me from cruel and unusual punishment.

5



Page 4

1. I'm Claiming that the County of Cook / Cook County DOC failed to properly train, ~~educate~~, supervise, regulate, and discipline its officers in carrying out their duty to protect detainees from the deliberate or reckless exposure of violence at the hands of other inmates.

2. I'm Claiming Tom Dart, the Cook County Sheriff failed to properly train, supervise, regulate, and discipline his officers in carrying out their duty to protect detainees from the deliberate or reckless exposure of violence at the hands of other inmates.

3. I'm Claiming officers D. Patel was negligent in carrying out his duty to protect me from the deliberate or reckless exposure of violence at the hands of another inmate.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: HEARD, JAMES A
Patient Type: Visit CHS
Birth Date: 4/18/1990
Gender: Male

Admission Date: 9/28/2014
Discharge Date:
FIN: 20140928174

MRN: 00603448z

CMRN: 1008233758

## Intake Screening CHS

Seizure or Epilepsy as adult : No
Asthma as Adult : No
Emphysema : No
Heart Problems : No
Stomach ulcers in last year : No
Cirrhosis : No
Hepatitis : No
Liver Disease : No
Kidney Disease : No
Organ Transplant : No
Sickle Cell Disease : No
Blood clots in leg or lung in last year : No
Bleeding Disorder : No
Cancer : No
Tuberculosis (TB) : No
HIV/AIDS : No
STI/PID : No
Glaucoma/Eye Disease : No
Street Drugs by Injection : No
Other : No

WESTBROOK, PEGGY A - 09/28/2014 18:16

Recently had the following grid
Surgery within last 6 weeks : No
Injury Trauma in last 2 weeks : No
ER visit in the last 2 weeks : No
Hospitalized in the last year : No

WESTBROOK, PEGGY A - 09/28/2014 18:16

DCP Generic Code
Fevers : No
Night Sweats : No
Weight Loss : No
Cough : No
Shortness of Breath : No
Nausea or Vomiting : No
Diarrhea : No
Pain on Urination : No
Discharge from Penis or Vagina : No
Sores on Penis or Vagina : No
Drug or ETOH Withdrawl : No
Other : No

WESTBROOK, PEGGY A - 09/28/2014 18:16

**HIV Risk Factors**
Have you ever engaged in Grid

Report Request ID: 16926625

Page 4 of 12

Facility: CHS
Location: 15SPIDOC

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

V. **Relief:** Seek money to compensated money for my damage damages.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated money for my damages and my claims of constitutional violations and for my pain and suffering, my punitive Searee placement in segregation for 10 dys. And for the c/o failure to protect me.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 16

James Heard

(Signature of plaintiff or plaintiffs)

James Heard

(Print name)

20140928174

(I.D. Number)

1137 North Lamon 2ndflr
Chicago IL 60651

(Address)

6

Revised 9/2007

4. I'm claiming that my placement in segregation from 7-7-16 - 7-15-16 as a punishment for a incident where I was deliberate or recklessly exposed to violence at the hands of another inmate by Officer D. Patel was a violation of my 8th Amendment right which prohibits and protects me from cruel and unusual punishment. My placement in segregation was cruel, and unjustifable. And that officers D. Patel violated that right because he wrote my ticket.

5. I'm claiming Officer D Patel recklessly exposed me to violence at the hands of another inmate.

6. I'm claiming officer D Patel Failed to protect me from violence at the hands of another inmate.

Page 9



7. I'm Claiming that I suffered minor head injuries from being picked up and Slammed on my head during this attack. I also suffered a swollen left ear, eye, and head. Since my injuries, I have continually suffered from painful headaches and sharp pains in my ~~new~~ back. After my left eye healed, my eye was a purple/black dark color for about 2 1/2 months.

8. I'm claiming that because of this incident, I have suffered from Emotional distress ~~and~~ and ~~mental anguish anguish~~ mental distress.

9. I'm claiming Cook County Sheriff Tom Dart and the Cook County DOC violated my 14th and 8th Amendment ~~due process~~ right, when they failed to properly train, supervise, and discipline its officers ~~in~~ carrying out their duty to protect detainees from the deliberate or reckless exposure of violence at the hands of other inmates.

I.  **Plaintiff(s):**

A.  Name: _James Heard_

B.  List all aliases: _____

C.  Prisoner identification number: _201409 28174_

D.  Place of present confinement: _Cook County Jail_

E.  Address: _P O BOX 089002 Chicago IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _D . Patel_

Title: _Cook County Sheriff / correctional officer_

Place of Employment: _Cook County Jail_

B.  Defendant: _Tom Dart_

Title: _Cook County Sheriff_

Place of Employment: _Coak County Jail_

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                              Revised 9/2007

10. I'm claiming officer D. Patel failed to use reasonable force to prevent or stop another inmate from rushing into my cell and attacking me.

11. I'm claiming officer D. Patel violated my 8th and 14th Amendment ~~constitutional~~ right, when he deliberate or recklessly exposed me to violence at the hands of another inmate.

12. I'm claiming Tom Dart and the cook county DOC failed to provide adequate ~~constitutional~~ protection to myself and detainee's at the cook county Jail to prevent ~~violence~~ exposure of violence at the hand of other inmates

13. I'm claiming Tom Dart and the cook county DOC Failed to protect me from deliberate exposure of violence at the hands of another inmate, when Tom Dart and the cook county DOC Failed to properly train, supervise, discipline, ~~and~~ and regulate their officers in useing proper procedure when feeding inmate while they're in their cell to prevent inmates in their cell from being exposed to violence at the hands of other inmates outside their cells.

Sentence:                                              Sentence Date:

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━

Arrest Name: **HEARD, JAMES**         Arrest Date:    **25-NOV-2009**    Holding Facility: **CPD - CENTRAL MALE**

Date of Birth: **18-APR-1990**        Arrest Address: **111 N  STATE ST  CHICAGO, IL 60602**

DCN or CB:  **017735377**             Residence:    **7717 S  HERMITAGE AVE  CHICAGO, IL 60620**

Officer:    **GIANNINI**              Officer Badge#: **4936**    Arresting Agency: **CPD**

| Count Class Type Statute | Arrest Charge Description | Inchoate |
|---|---|---|
| **[1]   A    M   720 ILCS 5.0/16A-3-A** | **Retail Theft - Shoplifting <$150** | **OFFENSE AS CITED** |

**COURT CHARGES/DISPOSITION**

| Statute | Charge | | Class | Case# |
|---|---|---|---|---|
| **720-5/16A-3-A** | **RETAIL THEFT - SHOPLIFTIN** | | **M** | **09128883301** |

Disposition: **BAIL BOND FORFEITURE**                     Disposition Date: **29-MAR-2010**
Sentence:                                                  Sentence Date:

Disposition: **ARREST WARRANT - ORDERED AND ISSUED**      Disposition Date: **29-MAR-2010**
Sentence:                                                  Sentence Date:

Disposition: **BAIL BOND FORFEITURE**                     Disposition Date: **30-JUN-2010**
Sentence:                                                  Sentence Date:

Disposition: **SENTENCED/COUNTY DEPARTMENT OF CORRECTIONS**   Disposition Date: **08-SEP-2010**      **CONVICTED**
Sentence: **JAIL 000 YEARS 00 MONTHS 002 DAYS**           Sentence Date:  **08-SEP-2010**

Disposition: **ARREST WARRANT - ORDERED AND ISSUED**      Disposition Date: **30-JUN-2010**
Sentence:                                                  Sentence Date:

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━

Arrest Name: **HEARD, JAMES**         Arrest Date:    **21-OCT-2009**    Holding Facility: **CPD - DISTRICT 007**

Date of Birth: **18-OCT-1990**        Arrest Address: **6858 S  ASHLAND AVE  CHICAGO, IL 60636**

DCN or CB:  **017705914**             Residence:    **6919 S  JUSTINE ST  CHICAGO, IL 60636**

Officer:    **LEVEILLE**              Officer Badge#: **8637**    Arresting Agency: **CPD**

| Count Class Type Statute | Arrest Charge Description | Inchoate |
|---|---|---|
| **[1]   L      4-64-181** | **Distribution Cigarettes/Tobacco From Sealed Pack** | **OFFENSE AS CITED** |

━━━━━━━━━━━━━━━━ ARREST ━━━━━━━━━━━━━━━━



Page 11

14. I'm claiming that because I was deliberate or recklessly exposed to violence at the hands of another inmate by officer D. Patel, Tom Dart, and the cook county DOC I suffered from mental and emotional distress and physical injuries.

15. I'm claiming officer D. Patel violated my 8th and 14 Amendment ~~reeeeeeeees~~ right when he failed to protect me from deliberate and recklessly exposure of violence at the hands of another inmate.

16. I'm claiming that C/O D Patel and Tom Dart are employed at the cook county Jail. Therefore cook county is responsible for the constitutional violations and injuries claims caused by it officers. And so is sergeant ~~verlez~~ velez.

Mr. James Heard is currently incarcerated in Division 1 Cook County Department of Corrections. He reported prior to this period of incarceration he resided at 1137 North Lamon $2^{nd\ fl.}$ Chicago, Illinois 60651, with his parents Mr. & Mrs. Clark. Mr. Heard described his residence as a two-bedroom apartment in a brown brick apartment building.

This Investigator spoke with a Mrs. Willie Mae Clark (the defendant's mother) who collaborated with the statements made by Mr. James Heard in regards to his Housing Accommodations.

### LEISURE/RECREATION

Mr. James Heard stated that he enjoyed spending his leisure time playing basketball, watching television and reading. He said he enjoys spending time with his family. Mr. Heard reported that he is not in any organized social or community activities.

### ASSOCIATES/COMPANIONS

Mr. James Heard admitted that he had been affiliated with the Gangster Disciple gang. He denied having any rank in the gang structure. Mr. Heard reported his nickname was Moe. The Defendant said the pro social influences in his life are his family.

### HEALTH HISTORY

### PHYSICAL:

Mr. James Heard described his current health condition as "good." The Defendant stated that he is not suffering from any health problems. He said that he is not taking any

17. I'm claiming sergeant ~~Verlez~~ velez was negligent in carrying out his duty to protect me from violence at the hands of other inmates.

~~I'm claiming sergeant Failed to protect me from violence at the hands of other inmates.~~

18. I'm claiming Sergeant ~~Verlez~~ velez failed to protect me from violence at the hands of other inmate.

19. I'm claiming Sergeant ~~Verlez~~ velez violated my 8th and 14th amendment rights, when he failed to Protect me from violence at the hands of other inmates. Which I'm claiming he deliberately exposed me to.

20. I'm claiming sergeant ~~Verlez~~ velez ~~caused~~ negligenting me protection was the caused of me being attacked and injuried.

21. I'm claiming Tom Dart and the cook county DOC failed to properly train, supevise, and discipline its officers in ~~poor proper maintaining~~ useing the chuckhole policy, custom, or pratice, when feeding inmates who are inside ~~their cells for suspect~~ their cells, to prevent and avoid exposing inmates to the violence at the hands of other inmates.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____
   _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

D. List all defendants: _____
   _____
   _____
   _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____
   _____

G. Basic claim made: _____
   _____
   _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Page 13

22. I'm claiming that the white shirts / correctional officials who were present while I was explaining Sergeant Velez my situation, failed to protect me from the violence at the hands of another inmate. And that those officials were deliberate indifferent to my safety and security. Because they deliberately exposed me to violence at the hands of another inmate. ~~willing~~ They was made aware of my situation but did nothing to help protect me.

23. I'm claiming those officials who were present while I was explaining my situation to sergeant velez violated my 8th and 14th Amendment when they failed to protect me ~~as~~ from violence at the hands of other inmates and was deliberate indifferent to my safety and security.

24. I'm claiming CCDOC, Tom Dart, Division 10 Superintendent, and Director ~~xxxxxxxxxxxxxxxxxxxxxxx~~ all failed to enforce the ~~xxxxxx~~ chuckhole policy, practice, or custom in division 10 on tier 4-D. And CCDOC and its ~~xxxxxxxxx~~ officials failure to do so, resulted in a ~~xxxxxxxxxx~~ deprivation of my 8th and 14th Amendment rights of the US constitution.

In order to qualify for CGLA's services, clients must be Chicago residents and have household incomes that fall below 150% of the federal poverty level. Potential clients pay a non-refundable $20.00 intake fee to meet with an intake specialist. By appointment only.

6.    **CARPLS (Coordinated Advice and Referral Program for Legal Services)**

### Hotline

**Hotline:** (312) 738-9200
**Hotline hours:** 9 a.m. to 4:30 p.m., Monday, Tuesday, Thursday and Friday
                       9 a.m. to 7:30 p.m., Wednesday
**Languages:**        English and Spanish assistance available

CARPLS provides legal advice, written self-help information and pleadings, and referrals to low-income residents of Cook County. CARPLS does not represent clients directly in court. Callers talk directly to a staff attorney, who gives legal advice in all areas of law, including for family, landlord/tenant, and consumer law issues.

CARPLS also operates four court-based Advice Desks:

### Administrative Hearings

**Administrative Hearings Advice Desk**
**Location:** 400 West Superior Street, Room 121, Chicago, IL 60654-3409
**Hours:** Intake Hours: 9 a.m. to 4:30 p.m., Monday, Wednesday, Thursday and Friday, except City of Chicago holidays.
**Phone:** None
**Languages:** English only

Through a partnership with the City of Chicago and the Chicago Bar Foundation, CARPLS attorneys assist low-income *pro se* individual respondents with cases pending before the Chicago Department of Administrative Hearings. Desk attorneys provide information, advice and brief services on building code violation cases, vehicle impound cases, and other municipal matters. CARPLS attorneys do not represent *pro se* respondents in the administrative hearings or in court or advise on parking ticket or 'booting' matters. Clients are seen on a first come, first served basis.

### Debt Collection

**Collection Advice Desk**
**Location:** 50 West Washington Street, Room 1401, Richard J. Daley Center, Chicago, IL 60602
**Hours:** 9 a.m. to noon, Monday through Friday, except court holidays
**Phone:** None
**Languages:** English and Spanish assistance available daily

This desk provides legal advice and brief services to *pro se* defendants in proceedings to collect on money judgments, including wage garnishments, bank account freezes, and citations to discover assets. CARPLS also provides advice to *pro se* plaintiffs seeking to collect judgments. CARPLS attorneys provide information on the court procedures these clients are facing, as well as advice on defenses or exemptions to collection that can be raised. Law student interns and attorney volunteers also assist clients at the Collection Desk under the supervision of the staff attorneys. The Desk was developed through a partnership of the Circuit Court of Cook County, the Chicago Bar Foundation, CARPLS, and Illinois Legal Aid Online.

This directory is provided solely for informational purposes by the Circuit Court of Cook County, Office of the Chief Judge. Information presented has been provided by each organization which is solely responsible for its content.

2

25. Cook County Department Of Correction, Tom Dart, Division 10 Director and superintendent all Failed to properly train, supervise, discpline, regulate, and enforce its officers ~~according properly~~ in utilizing proper Feeding procedures, such as, utilizing the chuckholes, when feeding inmates while they're in thare cell, to ensure the safety and security of detainees,

26. CCDOC and Tom Dart both failed to provide me with adequate protection to ensure me of my safety and security while being detained in the custody of CCDOC

27. Officer D. Patel failed to utilize proper Feeding procedures, such as, useing the chuckhole on the celldoor to Feed me while I was inside my cell, which resulted in me being deliberately or recklessly expose to violence at the hands of another inmate while under his watch.

Page 15

**V.** **Relief** I seek to be compensated money for my damages and constitutional violations

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm seeking to be compensated money for my damages and ~~other~~ claims.

~~[scribbled out text]~~

~~[scribbled out text]~~

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20th day of July, 20 16

James Heard
**(Signature of plaintiff or plaintiffs)**

James Heard
**(Print name)**

M20133
**(I.D. Number)**

~~[scribbled out]~~ P.O. BOX 1000
~~[scribbled out]~~ Menard, IL
**(Address)**

6

Revised 9/2007

James Heard
P.O. Box 1000
~~Pontiac CO Correctional~~
Menard, IL 62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

U.S. POSTAGE >> PITNEY BOWES

ZIP 62259 $ 001.78⁰
02 1W
0001389078 AUG 10 2016

RECEIVED

AUG 15 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Prisoner Correspondent
United States District Court
219 South Dearborn Street 20TH Floor
Chicago, IL 60604

1:16-cv-8114
Judge John Z. Lee
Magistrate Judge M. David Weisman
PC5